# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-4041

_____

Van Roekel Farms, Inc.,      *
     *
         Petitioner,      *
     *   Appeal from the United States
     v.      *   Tax Court.
     *
Commissioner of Internal Revenue,      *     [UNPUBLISHED]
     *
         Respondent.      *

_____

Submitted:   June 17, 2004
Filed:   June 29, 2004

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Van Roekel Farms, Inc. (Taxpayer) appeals the Tax Court's[*] order on summary judgment upholding the Internal Revenue Service Commissioner's (Commissioner's) determinations of income tax deficiencies, see 26 U.S.C. § 404(k), and penalties, see 26 U.S.C. § 6662(a). We conclude no issue of material fact existed as to the Commissioner's determination of income tax deficiencies and resulting penalties because the parties stipulated that Taxpayer's employment stock option plan was disqualified under 26 U.S.C. § 401(a) for the tax years 1994-96, and the stipulation

_____

[*]The Honorable James S. Halpern, United States Tax Court Judge.

was binding on Taxpayer.  <u>See</u> Tax Ct. R. 91(e); <u>Clendenen v. Comm'r</u>, 345 F.3d 568, 569-70 (8th Cir. 2003).  We also conclude the tax court properly denied all other claims or arguments because Taxpayer neither raised them in its petition nor moved to amend.  <u>See</u> Tax Ct. R. 34(b)(4), <u>Brumley v. Comm'r</u>, 76 T.C.M. (CCH) 935, 937 (1998).

Accordingly, we affirm the judgment of the tax court.  <u>See</u> 8th Cir. R. 47B.

_____